# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Harpool, Mark D. | Western District of Missouri | 05/06/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2020 <br> **to** <br> 12/31/2020 |

**7. Chambers or Office Address**

222 N. John Q. Hammons Parkway
Springfield, MO 65806

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2020 | State of Missouri Retirement (MOSERS) | $12,839.64 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Central Bank of the Ozarks | Mortgage loan on rental property | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. A G N C INVESTMENT C REIT - AGNC | A | Dividend | | | Buy | 10/16/20 | J | | |
| 2. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 3. | | | | | Sold (part) | 11/09/20 | J | A | |
| 4. | | | | | Sold (part) | 11/09/20 | J | A | |
| 5. | | | | | Sold | 11/09/20 | J | A | |
| 6. AT&T, INC - T | B | Dividend | L | T | Buy | 04/01/20 | K | | |
| 7. | | | | | Sold | 04/09/20 | K | B | |
| 8. | | | | | Buy | 04/24/20 | K | | |
| 9. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 10. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 11. | | | | | Buy (add'l) | 04/24/20 | J | | |
| 12. | | | | | Sold | 04/28/20 | K | B | |
| 13. | | | | | Buy (add'l) | 09/10/20 | K | | |
| 14. | | | | | Buy (add'l) | 09/11/20 | J | | |
| 15. | | | | | Buy (add'l) | 10/21/20 | J | | |
| 16. | | | | | Sold (part) | 10/22/20 | J | A | |
| 17. | | | | | Buy (add'l) | 12/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/21/20 | J | | |
| 19. | | | | | Buy (add'l) | 12/22/20 | J | | |
| 20. | | | | | Buy (add'l) | 12/28/20 | J | | |
| 21.   ALIBABA GROUP HLDG ADR - BABA | None | | K | T | Buy | 02/07/20 | K | | |
| 22. | | | | | Buy (add'l) | 02/10/20 | K | | |
| 23. | | | | | Sold | 02/11/20 | K | B | |
| 24. | | | | | Buy | 04/01/20 | K | | |
| 25. | | | | | Buy (add'l) | 04/01/20 | J | | |
| 26. | | | | | Sold | 04/06/20 | K | B | |
| 27. | | | | | Buy | 11/03/20 | J | | |
| 28. | | | | | Sold | 11/06/20 | J | A | |
| 29. | | | | | Buy | 11/10/20 | J | | |
| 30. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 31. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 32. | | | | | Buy (add'l) | 12/02/20 | J | | |
| 33. | | | | | Sold (part) | 12/17/20 | J | A | |
| 34.   Ameritrade Cash Reserves MMDA12 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  APPLE INC- AAPL common stock | | None | | | Buy | 03/23/20 | J | | |
| 36. | | | | | Sold | 03/24/20 | J | A | |
| 37.  ASTRAZENECA PLC ADR - AZN | | None | | | Buy | 04/30/20 | J | | |
| 38. | | | | | Sold | 05/07/20 | J | A | |
| 39.  BANK OF AMERICA - SAVINGS | A | Interest | J | T | | | | | |
| 40.  BANK OF AMERICA ACCOUNTS - cash/ checking | A | Interest | J | T | | | | | |
| 41.  BLACKSTONE GROUP INC - BX | | None | | | Buy | 04/01/20 | K | | |
| 42. | | | | | Sold | 04/06/20 | K | B | |
| 43.  Charles Schwab Checking | A | Interest | J | T | | | | | |
| 44.  Charles Schwab Money Shares | A | Interest | J | T | | | | | |
| 45.  CITIGROUP INC - C | A | Dividend | | | Buy | 04/24/20 | K | | |
| 46. | | | | | Sold | 04/28/20 | K | C | |
| 47. | | | | | Buy | 04/30/20 | K | | |
| 48. | | | | | Buy (add'l) | 05/04/20 | K | | |
| 49. | | | | | Sold (part) | 05/05/20 | K | A | |
| 50. | | | | | Sold (part) | 05/07/20 | K | A | |
| 51. | | | | | Buy (add'l) | 07/30/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 08/11/20 | K | B | |
| 53. | | | | | Buy (add'l) | 08/18/20 | J | | |
| 54. | | | | | Buy (add'l) | 08/18/20 | J | | |
| 55. | | | | | Sold | 08/28/20 | K | A | |
| 56. DFA COMMODITY STRATEGY PTF - DCMSX | | None | J | T | | | | | |
| 57. DFA EMERGING MKTS - DFEMX | B | Dividend | J | T | Sold (part) | 08/03/20 | J | | |
| 58. DFA EMERGING MKTS VALUE PTF - DFEVX | A | Dividend | J | T | Sold (part) | 08/03/20 | J | | |
| 59. DFA INT'L SM CP - DFISX | B | Dividend | J | T | Sold (part) | 08/03/20 | J | | |
| 60. DFA INT'L SM CP VAL - DISVX | A | Dividend | J | T | Sold (part) | 08/03/20 | J | | |
| 61. DFA INT'L VALUE - DFIVX | | None | K | T | Buy (add'l) | 08/03/20 | J | | |
| 62. DFA US LG CAP VAL - DFLVX | D | Dividend | K | T | Sold (part) | 06/11/20 | J | | |
| 63. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 64. DFA US MICRO - DFSCX | C | Dividend | J | T | Sold (part) | 08/03/20 | J | | |
| 65. DFA US SM CAP - DFSTX | C | Dividend | J | T | Sold (part) | 08/03/20 | J | | |
| 66. DFA US SMALL CP - DFSVX | B | Dividend | J | T | Sold (part) | 08/03/20 | J | | |
| 67. ENERGY SELECT SECTOR SPDR ETF Dividends Reinvested - XLE | | None | | | Buy (add'l) | 01/13/20 | J | | |
| 68. | | | | | Sold | 01/15/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   ETHEREREUM (cryptocurrency) | | None | | | Sold | 12/15/20 | J | A | |
| 70.   FEDERATED HIGH YLD - FIHBX | | None | J | T | Sold<br>(part) | 08/03/20 | J | | |
| 71.   FEDERATED TOTAL RT BOND - FTRBX | A | Dividend | J | T | Sold<br>(part) | 08/03/20 | J | | |
| 72.   FEDERATED ULTRA SHRT - FULIX | A | Dividend | J | T | Sold<br>(part) | 08/03/20 | J | | |
| 73.   FUJIFILM HLDGS CORP ADR - FUJIY | | None | | | Buy | 04/30/20 | J | | |
| 74. | | | | | Sold | 05/06/20 | J | A | |
| 75.   HELIOS MATHESON - HMNY | | None | J | T | | | | | |
| 76.   INVESCO KBW BANK ETF Dividends<br>Reinvested - KBWB | A | Dividend | | | Buy | 05/07/20 | K | | |
| 77. | | | | | Buy<br>(add'l) | 05/11/20 | J | | |
| 78. | | | | | Buy<br>(add'l) | 05/12/20 | J | | |
| 79. | | | | | Buy<br>(add'l) | 06/11/20 | K | | |
| 80. | | | | | Sold<br>(part) | 06/15/20 | K | B | |
| 81. | | | | | Buy<br>(add'l) | 06/24/20 | J | | |
| 82. | | | | | Sold<br>(part) | 07/15/20 | K | A | |
| 83. | | | | | Sold<br>(part) | 07/23/20 | K | A | |
| 84. | | | | | Sold | 07/23/20 | J | | |
| 85.   INVESCO SOLAR ETF Dividends<br>Reinvested - TAN | | None | | | Buy | 01/15/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harpool, Mark D.** | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold | 01/17/20 | J | A | |
| 87. INVESCO QQQ TRUST DIVIDENDS - QQQ | A | Dividend | | | Buy | 02/28/20 | K | | |
| 88. | | | | | Sold (part) | 03/02/20 | K | A | |
| 89. | | | | | Buy (add'l) | 03/06/20 | K | | |
| 90. | | | | | Buy (add'l) | 03/09/20 | K | | |
| 91. | | | | | Sold (part) | 03/10/20 | K | A | |
| 92. | | | | | Buy (add'l) | 03/11/20 | J | | |
| 93. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 94. | | | | | Buy (add'l) | 03/18/20 | K | | |
| 95. | | | | | Sold (part) | 03/19/20 | K | A | |
| 96. | | | | | Sold (part) | 03/23/20 | J | A | |
| 97. | | | | | Sold | 03/31/20 | K | B | |
| 98. JANUS HENDERSON GLBL Tech T - JAGTX (Reinv Divs/Reinv Cap Gnc) | D | Dividend | M | T | Buy (add'l) | 03/20/20 | J | | |
| 99. JPMORGAN CHASE & CO - JPM | A | Dividend | | | Buy | 09/15/20 | K | | |
| 100. | | | | | Sold (part) | 10/09/20 | K | A | |
| 101. | | | | | Sold (part) | 10/14/20 | K | A | |
| 102. | | | | | Sold | 10/14/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. LAUDUS U.S. LARGE CAP GROWTH FUND - LGILX (Reinv Divs/Reinv Cap Gns) | | None | | | Sold | 01/15/20 | K | C | |
| 104. MANNKIND CORP - MNKD | | None | | | Buy | 01/21/20 | J | | |
| 105. | | | | | Sold | 01/24/20 | J | A | |
| 106. MARINUS PHARMACEUTIC - MRNS | | None | | | Buy | 01/21/20 | J | | |
| 107. | | | | | Sold | 02/18/20 | J | A | |
| 108. MOST 529 PLAN - Moderage Age-Based Opt Vanguard Growth | | None | L | T | | | | | |
| 109. NEW RESIDENTIAL INVE REIT Dividends Reinvested - NRZ | B | Dividend | | | Sold (part) | 01/02/20 | J | A | |
| 110. | | | | | Sold (part) | 01/02/20 | J | A | |
| 111. | | | | | Sold (part) | 01/02/20 | J | A | |
| 112. | | | | | Sold (part) | 01/02/20 | J | A | |
| 113. | | | | | Sold (part) | 01/13/20 | J | A | |
| 114. | | | | | Sold (part) | 01/22/20 | K | B | |
| 115. | | | | | Sold | 01/22/20 | J | A | |
| 116. ONE STOP SYSTEMS INC Dividends Reinvested - OSS | | None | | | Buy | 06/24/20 | J | | |
| 117. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 118. | | | | | Sold | 07/13/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 119. O REILLY AUTOMOTIVE - ORLY | | None | | | Buy | 03/18/20 | K | | |
| 120. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 121. | | | | | Buy<br>(add'l) | 03/20/20 | J | | |
| 122. | | | | | Sold<br>(part) | 03/24/20 | K | A | |
| 123. | | | | | Sold | 03/26/20 | K | B | |
| 124. PIMCO FOREIGN BOND - PFUIX | A | Dividend | J | T | Sold<br>(part) | 08/03/20 | J | | |
| 125. SCHWAB BANK DDA ACCOUNT | A | Interest | J | T | | | | | |
| 126. SCHWAB US DIVIDEND EQUITY ETF<br>Dividends Reinvested - SCHD | | None | | | Sold<br>(part) | 01/13/20 | J | A | |
| 127. | | | | | Buy<br>(add'l) | 01/24/20 | J | | |
| 128. | | | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 129. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 130. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 131. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 132. | | | | | Sold | 03/17/20 | K | A | |
| 133. SOLENO THERAPEUTICS - SLNO | | None | | | Buy | 01/21/20 | J | | |
| 134. | | | | | Sold | 01/24/20 | J | A | |
| 135. SPDR GLOBAL REAL ESTATE ETF -<br>RWO | A | Dividend | J | T | Buy<br>(add'l) | 08/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. SPDR S&P KENSHO FNL FRNTIERS ETF IV Dividends Reinvested - ROKT | | None | | | Buy | 01/15/20 | J | | |
| 137. | | | | | Buy (add'l) | 01/15/20 | J | | |
| 138. | | | | | Sold | 01/17/20 | J | A | |
| 139. SPDR SERIES TRUST COMP SOFTWARE Dividends Reinvested - XSW | | None | | | Buy | 01/15/20 | J | | |
| 140. | | | | | Sold | 01/24/20 | J | A | |
| 141. STEMLINE THERAPEUTIC Dividends Reinvested - STML | | None | | | Sold | 02/28/20 | J | A | |
| 142. TECHNOLOGY SELECT SECTOR SPDR ETF Dividends Reinvested - XLK | | None | | | Buy | 01/15/20 | J | | |
| 143. | | | | | Sold (part) | 01/24/20 | J | A | |
| 144. | | | | | Buy (add'l) | 01/27/20 | K | | |
| 145. | | | | | Sold (part) | 01/29/20 | K | A | |
| 146. | | | | | Buy (add'l) | 01/31/20 | J | | |
| 147. | | | | | Sold | 02/03/20 | J | A | |
| 148. VANGUARD DEVELOPED MKTS INDEX ADMIRAL - VTMGX | D | Dividend | K | T | Sold (part) | 02/05/20 | J | | |
| 149. | | | | | Sold (part) | 08/03/20 | J | | |
| 150. | | | | | Sold (part) | 09/08/20 | J | | |
| 151. VANGUARD GROWTH INDEX ADMIRAL - VIGAX (VIGRX exchanged for VIGAX) | D | Dividend | K | T | Sold (part) | 01/07/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. | | | | | Sold (part) | 02/05/20 | J | | |
| 153. | | | | | Sold (part) | 07/09/20 | J | | |
| 154. | | | | | Sold (part) | 08/03/20 | J | | |
| 155. VANGUARD S&P 500 INDEX - VOO | D | Dividend | K | T | Buy (add'l) | 08/03/20 | J | | |
| 156. | | | | | Sold (part) | 10/20/20 | J | | |
| 157. | | | | | Sold (part) | 11/09/20 | J | | |
| 158. VANGUARD SHORT TERM INVT GRADE ADMIRAL - VFSUX | A | Dividend | K | T | Sold (part) | 03/11/20 | J | | |
| 159. | | | | | Sold (part) | 04/22/20 | J | | |
| 160. | | | | | Sold (part) | 05/13/20 | J | | |
| 161. | | | | | Buy (add'l) | 08/03/20 | J | | |
| 162. VANGUARD SHORT TERM INFPROIDX - VTIP | A | Dividend | J | T | Sold (part) | 05/13/20 | J | | |
| 163. | | | | | Sold (part) | 08/03/20 | J | | |
| 164. WELLS FARGO BK N A - WFC | B | Dividend | | | Buy | 05/04/20 | K | | |
| 165. | | | | | Buy (add'l) | 05/04/20 | J | | |
| 166. | | | | | Buy (add'l) | 05/05/20 | K | | |
| 167. | | | | | Buy (add'l) | 05/06/20 | J | | |
| 168. | | | | | Buy (add'l) | 05/06/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 169. | | | | | Buy<br>(add'l) | 05/13/20 | K | | |
| 170. | | | | | Sold<br>(part) | 05/14/20 | K | A | |
| 171. | | | | | Sold<br>(part) | 05/18/20 | J | A | |
| 172. | | | | | Sold<br>(part) | 05/26/20 | K | A | |
| 173. | | | | | Sold | 05/27/20 | K | D | |
| 174. WSDMTRE EMRG MKT EX STT OWN ENTER ET Dividends Reinvested - XSOE | None | | | | Buy | 02/11/20 | K | | |
| 175. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 176. | | | | | Sold | 03/03/20 | K | A | |
| 177. WISDOMTREE INTERNATIONAL HGH DIV ETF Dividends Reinvested - DTH | None | | | | Buy | 01/24/20 | J | | |
| 178. | | | | | Buy<br>(add'l) | 01/27/20 | J | | |
| 179. | | | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 180. | | | | | Buy<br>(add'l) | 02/24/20 | J | | |
| 181. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 182. | | | | | Sold | 03/13/20 | J | A | |
| 183. WISDOMTREE US DIV EX FINANCIAL ETF Dividends Reinvested - DTN | None | | | | Buy | 06/08/20 | J | | |
| 184. | | | | | Buy<br>(add'l) | 06/08/20 | K | | |
| 185. | | | | | Sold | 06/15/20 | K | A | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 186. WISDOMTREE US HIGH DIVIDEND ETF Dividends Reinvested - DHS | A | Dividend | | | Buy | 01/24/20 | J | | |
| 187. | | | | | Buy (add'l) | 01/27/20 | J | | |
| 188. | | | | | Buy (add'l) | 02/07/20 | J | | |
| 189. | | | | | Sold (part) | 03/18/20 | K | A | |
| 190. | | | | | Sold | 03/18/20 | J | A | |
| 191. WISDOMTREE US LARGECAP DIVIDEND ETF Divi Reinvested - DLN | B | Dividend | L | T | Buy (add'l) | 01/13/20 | J | | |
| 192. | | | | | Buy (add'l) | 01/15/20 | J | | |
| 193. | | | | | Sold (part) | 02/05/20 | J | A | |
| 194. | | | | | Sold (part) | 02/26/20 | K | A | |
| 195. | | | | | Sold (part) | 02/26/20 | J | | |
| 196. | | | | | Buy (add'l) | 06/11/20 | K | | |
| 197. | | | | | Buy (add'l) | 06/24/20 | J | | |
| 198. | | | | | Buy (add'l) | 10/16/20 | J | | |
| 199. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 200. WISDOMTREE US MIDCAP DIVIDEND ETF Dividends Reinvested - DON | A | Dividend | | | Buy (add'l) | 01/24/20 | J | | |
| 201. | | | | | Sold (part) | 02/06/20 | J | A | |
| 202. | | | | | Sold | 02/26/20 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 203. WISDOMTREE US QLT DIV GRW ETF Dividends Reinvested - DGRW | B | Dividend | | | Buy (add'l) | 01/31/20 | J | | |
| 204. | | | | | Sold (part) | 02/11/20 | J | B | |
| 205. | | | | | Buy (add'l) | 03/09/20 | J | | |
| 206. | | | | | Sold (part) | 03/10/20 | J | A | |
| 207. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 208. | | | | | Buy (add'l) | 03/20/20 | J | | |
| 209. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 210. | | | | | Sold (part) | 03/24/20 | J | A | |
| 211. | | | | | Sold (part) | 06/11/20 | J | A | |
| 212. | | | | | Sold (part) | 10/19/20 | J | A | |
| 213. | | | | | Sold | 11/20/20 | K | C | |
| 214. WISDOMTREE US SMALLCAP DIVIDEND ETF Dividends Reinvested - DES | A | Dividend | | | Buy (add'l) | 01/24/20 | J | | |
| 215. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 216. | | | | | Buy (add'l) | 03/12/20 | J | | |
| 217. | | | | | Sold (part) | 03/13/20 | J | A | |
| 218. | | | | | Sold (part) | 03/13/20 | J | A | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 219. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 220. | | | | | Sold<br>(part) | 03/13/20 | J | A | |
| 221. | | | | | Sold | 03/13/20 | J | A | |
| 222. WISDMTRE TR CHN EX ST OWN ENTR<br>ETF IV Div Reinvested - CXSE | A | Dividend | L | T | Buy | 01/24/20 | K | | |
| 223. | | | | | Buy<br>(add'l) | 01/27/20 | J | | |
| 224. | | | | | Buy<br>(add'l) | 01/31/20 | J | | |
| 225. | | | | | Sold<br>(part) | 02/04/20 | J | B | |
| 226. | | | | | Buy<br>(add'l) | 03/12/20 | J | | |
| 227. | | | | | Sold<br>(part) | 03/13/20 | J | | |
| 228. | | | | | Buy<br>(add'l) | 03/18/20 | J | | |
| 229. | | | | | Buy<br>(add'l) | 03/19/20 | J | | |
| 230. | | | | | Buy<br>(add'l) | 03/23/20 | J | | |
| 231. | | | | | Sold<br>(part) | 03/24/20 | J | A | |
| 232. | | | | | Buy<br>(add'l) | 05/01/20 | J | | |
| 233. | | | | | Sold<br>(part) | 07/08/20 | J | A | |
| 234. X4 PHARMACEUTiCALS I Dividends<br>Reinvested - XFOR | | None | | | Sold<br>(part) | 02/26/20 | J | A | |
| 235. | | | | | Sold | 02/26/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harpool, Mark D.** | 05/06/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III.  NON-INVESTMENT INCOME - Change from 2019 Report - There was no non-investment income received in 2020 from "Residual Fees-Former Interest in Baird, Lightner, Millsap & Harpool, P.C. (now known as Baird, Lightner, Millsap, P.C.)" so the entry does not appear on the 2020 FDR Report.

Part VII. - Interest earned on bank accounts at a particular banking institution were combined into one entry for the entire year.

Part VII. - Dividends and capital gains on individual stocks and mutual funds were combined into one entry for that stock for the year.

| Name of Person Reporting | Date of Report |
|---|---|
| Harpool, Mark D. | 05/06/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mark D. Harpool**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544